IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| LARRY WALKER and CYNTHIA WALKER  )<br>)<br>    Plaintiffs,   )<br>)<br>v.   )<br>)<br>LOUISVILLE LADDER, INC.,   )<br>)<br>    Defendant.   )<br>)<br>) | Civil Action No. 3:07-CV-377<br>JUDGE VARLAN<br>Magistrate Shirley |

## LOUISVILLE LADDER'S MOTION TO EXCLUDE OPINION TESTIMONY

Defendant, Louisville Ladder, Inc., by counsel, moves the court for an order pursuant to Federal Rules of Evidence 702 excluding specific opinion testimony by engineer Stanley Kiska, a witness for Larry and Cynthia Walker.

A supporting memorandum is submitted herewith.

s/ Lauren Paxton Roberts
Lauren Paxton Roberts
STITES & HARBISON, PLLC
401 Commerce Street
Suite 800
Nashville, TN 37219-2376
Telephone: (615) 244-5200

John L. Tate (*pro hac vice*)
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400

*Counsel for Louisville Ladder, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 24th day of November, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties listed below. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| W. Holt Smith | J. Timothy Bobo |
| 209 Tellico Street | Ridenour & Ridenour |
| Madisonville, TN 37354 | P.O. Box 530 |
| | Clinton, TN 37717 |

                                          s/Lauren Paxton Roberts
                                          Lauren Paxton Roberts

799818:1:NASHVILLE

2
Case 3:07-cv-00377-TAV-CCS Document 16 Filed 11/24/08 Page 2 of 2 PageID #: 50