UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**LARRY L. WALKER and wife,**
**CYNTHIA WALKER**

 **Plaintiffs**

**v.**           **NO. 3:07-CV-00377**
              **JURY TRIAL DEMANDED**

**LOUISVILLE LADDER, INC.,**

 **Defendant**

## LARRY AND CYNTHIA WALKER'S RESPONSE TO MOTION TO EXCLUDE OPINION TESTIMONY

Come Larry Walker and Cynthia Walker, by counsel, and in Response to the Motion to Exclude Opinion Testimony of Mr. Stanley Kiska, P.E., Larry and Cynthia Walker file with the Court the following documents in Support of their Response:

1. Affidavit of Stanley A. Kiska, P.E. with attached Expert Disclosures dated October 17, 2008, October 24, 2008 and December 3, 2008. (Exhibit A).

2. Portions of the deposition of Larry Lee Walker which was taken on March 12, 2008. (Exhibit B).

3. Rationales for ANSI A14.2, 1983. (Exhibit C).

1

4. A Report on the Dynamic Testing of Ladders Contract CPSC-C-760052. (Exhibit D).

5. Louisville Ladder's Responses to Request for Production. (Exhibit E).

6. A DVD of an excerpt of the deposition of Larry Lee Walker taken on March 12, 2008. (Exhibit F).

7. A demonstrative video prepared by Stanley Kiska, P.E. of the climbing demonstration he performed in this case. (Exhibit G).

8. A videotape of the ladder testing performed by Mr. Kiska in this case on a similar model ladder to the ladder in question. (Exhibit H).

In addition, Plaintiffs file herewith a Memorandum in Support of their Motion in Response to Louisville Ladder's Motion to Exclude Opinion Testimony.

Respectfully submitted this the 10th December, 2008.

    s/ W. Holt Smith
    W. HOLT SMITH, BPR NO. 004557,
    Attorney for Plaintiffs,
    209 Tellico Street, North
    Madisonville, Tennessee 37354
    Phone: (423) 442-4012

s/ J. Timothy Bobo by permission
J. TIMOTHY BOBO, BPR NO. 017263,
Attorney for Plaintiffs,
108 South Main Street
P.O. Box 530
Clinton, Tennessee 37717-0530
Phone: (865) 457-0755

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th day of December, 2008 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed below. Parties may access this filing through the Court's electronic filing system.

> John L. Tate
> STITES & HARBISON, PLLC
> 400 West Market Street, Suite 1800
> Louisville, Kentucky 40202-3352
> Phone: (502) 587-3400
>
> Lauren Paxton Roberts
> STITES & HARBISON, PLLC
> 424 Church Street, Suite 1800
> Nashville, Tennessee 37219-2376
> Phone: (615) 244-5200
>
> s/ W. Holt Smith
> W. HOLT SMITH