1

2                 DEPOSITION OF LARRY LEE WALKER

3

                         March 12, 2008
4

5           IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF TENNESSEE
6                     NORTHERN DIVISION

7

LARRY L. WALKER and wife,        :
8  CYNTHIA WALKER,
                                 :
9           Plaintiffs,          :
                                 :
10  vs.                          :    NO. 3:07-CV-377
                                 :
11  LOUISVILLE LADDER, INC.      :    COPY
                                 :
12          Defendant.           :

13

APPEARANCES:
14

15               FOR THE PLAINTIFFS:

16               W. Holt Smith
                 Attorney at Law
17               209 Tellico Street
                 Madisonville, Tennessee 37354
18
                 ALSO FOR THE PLAINTIFFS:
19
                 Timothy Bobo
20               Attorney at Law
                 108 S. Main Street
21               Clinton, Tennessee 37717

22               FOR THE DEFENDANT:

23               John Tate
                 Attorney at Law
24               400 West Market Street
                 Suite 1800
25               Louisville, Kentucky 40202

1     A.     Yeah. Well, the teacher would be in

2    there. The teacher would always be at their desk or

3    something.

4     Q.     But you didn't ask any of the teachers

5    to steady the ladder for you?

6     A.     No, I didn't.

7     Q.     Tell me what happened on the day of

8    your accident.

9     A.     Well, Jessica come and told me she

10   thought some of the kids had tobacco or dope or

11   something hid in the ceiling. There was too much

12   activity going on in the bathroom. She asked me if I

13   would come up there and look and see. I told her,

14   yeah, I said now that they are down there at the lunch

15   room eating lunch and nobody in there. I said you

16   will be there, ain't you. She said yeah. So I just

17   got the ladder and we walked up the hall together.

18     The bathroom doors are on automatic shutters.

19   Well, she was standing there holding the door for me.

20   I just set the ladder up and climbed up there and

21   pushed one of the ceiling tiles up and slid it over.

22   I had a little plastic flashlight, one of those little

23   two cell battery lights. I stuck my head up through

24   the ceiling and shined the light. I was just fixing

25   to start down, and I felt the ladder move. I thought

1  oh Lord this is going to be bad. I reached to try to

2  put my hand on top of it where I could get down. It

3  was just like that made it get faster. And then I

4  remember it slamming me back against the wall. And

5  then when I hit the floor, I don't know how long I was

6  out. But when I come to Jessica was still standing

7  there holding the door open. I said go call somebody.

8  She said who do you want me to call. I said, honey,

9  get me some help in here. I don't care if you call

10  Bill Clinton or anybody. I said I broke my neck. At

11  the time I thought I had, because I couldn't move my

12  neck. And this arm, I couldn't move it. I thought,

13  boy, I have messed up bad this time.

14      And then she took out of the room. I just

15  assumed she went out there and called the office and

16  got Marsha to come up there. Well, she forgot she

17  even had a had phone in her room, and her room was the

18  farthest point from the office. She ran all the way

19  to the office and got Marsha, and they come up there.

20  Marsha hollered and told them to call 911 because

21  where that flashlight hit me in the head, it put

22  little cuts in my head and I was bleeding. So they

23  called and got the ambulance and them there. I

24  couldn't breath and stuff. I guess it was where it

25  broke my ribs and stuff, I was having a hard time

1   breathing.  And then the ambulance drivers, they made

2   the decision to call in Med Flight, the helicopter,

3   and they flew me to UT.  I come to just a few minutes

4   before the helicopter set down over there at UT.  They

5   told me they was about a minute from setting down.  I

6   thought to myself, well, they got me here quick.  But

7   I don't know what happened in between times.  After

8   they got me on the helicopter they gave me medicine

9   and stuff.  But they said they wasn't allowed to give

10  it until they got me on up in the helicopter.  When

11  they got me on there, they started an IV and gave me

12  some kind of medicine.  I don't remember much else

13  until I woke up the next morning and was in all kinds

14  of pain.  But that's basically all I remember of what

15  happened.  I said, boy, this is going to be bad.

16          Q.      Dr. Renfree who operated on you, was he

17  at UT?

18          A.      No, sir.  He's at Oak Ridge.  The one

19  that operated on my arm, yes, sir, he's at UT.  I

20  can't think of his name.

21              MR. SMITH:  McCullom?

22              THE WITNESS:  Yeah, Dr. McCollum.  He

23          put the bone back together and stuff, put

24          a plate in it.  And then I went to

25          Dr. Renfree.  They went to sending me to

1    A.    Yeah.  No, it didn't come off of the

2  floor.

3    Q.    So it's your testimony that at no time

4  as you climbed the first three steps in the way that

5  you described, at no time did any of the feet leave

6  contact with the floor?

7    A.    No.

8    Q.    They did not?

9    A.    No.

10   Q.    You're sure?

11   A.    Yeah.

12   Q.    You have told us already how you

13  removed the ceiling tile.  And you removed the ceiling

14  tile while you were on that third step?

15   A.    Yeah.

16   Q.    And then you moved up one to the step

17  where your hand is now?

18   A.    Yeah.

19   Q.    Did you climb to that fourth step the

20  same way that you climbed the first three?

21   A.    Yeah, had my hand on the top of the

22  ladder up here.  I held onto the top and went up to

23  that.

24   Q.    Did you hold on at any point in time to

25  the ceiling tiles?

1      A.      I had my hand against the wall.  I was

2  holding against that wall.

3      Q.      The wall that was on your right?

4      A.      Yeah.

5      Q.      So if you had one hand against the

6  wall, where was your left hand?

7      A.      I was getting the flashlight out of my

8  pocket.  I got it out and was shining it around.

9      Q.      All right.  You have already described

10  the ceiling tile part and the inspection up in the

11  ceiling.  I believe you said you were going to start

12  down the ladder; is that right?

13      A.      Yeah, I was about ready to start down.

14      Q.      Let's put your feet, using your hands,

15  together on the step that you were standing before you

16  started down; all right?

17      A.      Yeah.

18      Q.      Here's is my question.  Do you recall

19  where you had in fact moved either one of your feet in

20  anticipation of starting down the ladder before you

21  fell?

22      A.      No.

23      Q.      You don't recall?

24      A.      No, I don't recall it.

25      Q.      Do you think you were still on that

1  step, or approximately?

2      A.      Approximately I believe that I was.

3  When I felt the ladder move, I tried to get this hand

4  here on top up here, and I never did make it.

5      Q.      Where were your hands at the moment

6  that you first felt some movement in the ladder?

7      A.      One was holding against the wall, and

8  the other one holding the flashlight.  And when it

9  moved I started to get this, but it was done too late.

10      Q.      Your right hand was against the wall to

11  your right?

12      A.      Yeah.  This hand -- I can't get this

13  one up that high.  But anyway, I tried to reach down

14  with this hand.

15      Q.      You left hand?

16      A.      Yeah, my left hand to balance.

17      Q.      In the moment that you first felt the

18  ladder move, your right hand was against the wall to

19  your right, correct?

20      A.      Yeah.

21      Q.      And your left hand was holding the

22  flashlight?

23      A.      Yeah.

24      Q.      Was the flashlight still up in the dark

25  space?

1   A.  Yeah.

2   Q.  Above the ceiling?

3   A.  Yeah.

4   Q.  So you were thinking about coming down

5 the ladder?

6   A.  Yeah, I was already getting ready to

7 start down.

8   Q.  Before you felt movement had you moved

9 your right hand to the wall in anticipation of

10 starting down?

11   A.  No.

12   Q.  Had you right hand been holding on to

13 the top of the ladder before that?

14   A.  Yeah, when I went up it was.

15   Q.  When you're standing up there looking,

16 we know that one hand has a flashlight in it?

17   A.  Yeah.

18   Q.  Which hand is that?

19   A.  My left one.

20   Q.  Are you left-handed or right-handed?

21   A.  I'm left-handed.

22   Q.  So your left hand is holding the

23 flashlight?

24   A.  Yeah.

25   Q.  While you are looking up there, are you

1    holding on to the ladder with your right hand?

2           A.      No.   I had my hand against the wall.

3           Q.      The whole time you were looking you had

4    your hand against the wall?

5           A.      Until I turned my head, and then I --

6    when I got ready to come down, then I put my hand on

7    it.   And that's when it all broke loose.   That's when

8    the ladder moved.

9           Q.      I'm a little confused.   Let me make

10   sure I understand.   While you are inspecting with the

11   flashlight in your left hand, do you have your right

12   hand on top of the ladder, against the wall, on the

13   ceiling, or where is your right hand while you're

14   inspecting with your left?

15          A.      Well, at one point it was on the wall.

16   And then next I put it up here.   And then when I felt

17   the ladder move, I grabbed the wall.   I still had the

18   flashlight.   I turned it loose, and then that's when

19   it -- I tried to get this hand up here on that, but I

20   didn't make it until it done had me in the floor.

21          Q.      So it was some sense of movement in the

22   ladder that prompted you to put your right hand

23   against the wall?

24          A.      Yeah.

25          Q.      As if to brace yourself?

1  A.  Yeah, to hold myself steady.

2  Q.  Was it a slight movement of the ladder

3  that caused you to do that, or was it a great, big

4  movement?

5  A.  Well, the ladder moved and then that's

6  when I grabbed the wall.

7  Q.  It's kind of hard to grab a wall?

8  A.  Yeah, or to hold to it.  It wore the

9  hide off my fingers falling.

10  Q.  But you just put your hand flat against

11  the wall?

12  A.  Yeah, flat against the wall.

13  Q.  If you used these books here, show us

14  how you put your hand against the wall.

15  A.  Like this.

16  Q.  All right.  At that moment in time you

17  have got the flashlight in your left hand, you have

18  put your right hand against the wall to try to brace

19  yourself, right?

20  A.  Yes, sir.

21  Q.  What did you feel happen next?

22  A.  I just felt the ladder twisting.  It

23  just like throwed me off and slammed me against the

24  wall.

25  Q.  Which direction did the ladder go, did