Law Office
# W. HOLT SMITH
209 Tellico Street North
Madisonville, Tennessee 37354
Phone: (423) 442-4012  (865) 522-4770
Fax: (423) 442-1038
whs4849@bellsouth.net

December 10, 2008

Patricia L. McNutt
United States District Court Clerk
Eastern District of Tennessee at Knoxville
130 Howard H. Baker, Jr. U.S. Courthouse
800 Market Street, Suite 130
Knoxville, Tennessee 37902

RE:  Walker v. Louisville Ladder
     Civil Action No.: 3:07-cv-00377

Dear Ms. McNutt:

Please find enclosed the following three DVD's to be filed as Exhibits F, G and H as attachments to Plaintiffs' Response to Motion to Exclude Opinion Testimony filed electronically on December 10, 2008:

- **Exhibit F**. A DVD of an excerpt of the deposition of Larry Lee Walker taken on March 12, 2008.
- **Exhibit G**. A demonstrative video prepared by Stanley Kiska, P.E. of the climbing demonstration he performed in this case.
- **Exhibit H**. A videotape of the ladder testing performed by Mr. Kiska in this case on a similar model ladder to the ladder in question.

If you have any questions please contact this office.

Best personal regards.

Very truly yours,

W. HOLT SMITH
WHS:rb
Enclosure
cc:  J. Timothy Bobo
     John L. Tate
     Lauren Paxton Roberts