UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LARRY L. WALKER and wife, )
CYNTHIA WALKER )
 )
 )
  Plaintiffs, )
 )
v. ) No.: 3:07-CV-377
 ) (VARLAN/SHIRLEY)
LOUISVILLE LADDER, INC., )
 )
  Defendant. )

## **VERDICT FORM**

We, the jury in the above entitled action, unanimously find based on a preponderance of the evidence as follows:

1. Do you find Defendant, Louisville Ladder, Inc., to be at fault under a products liability-strict liability theory? (The plaintiffs have the burden of proof.)

    _____ Yes          \_\_\_\_X\_\_\_\_ No

    [If your answer is "yes" to Question 1, proceed to Question 2. If your answer is "no" to Question 1, proceed to the end of the Verdict Form and have the Jury Foreperson sign and date the verdict form and submit it to the Court.]

2. Do you find Plaintiff, Larry L. Walker, to be at fault due to negligence? (The defendant has the burden of proof.)

   _____ Yes                      _____ No

   [If your answer is "no," you have found defendant 100% at fault and therefore you should skip Question 3 and proceed to Question 4. If your answer is "yes," proceed to Question 3.]

3. If you have found both Defendant Louisville Ladder, Inc., and Plaintiff Larry L. Walker to be at fault, considering all the fault at One Hundred Percent (100%), what percentage of fault do you attribute to each?

   Plaintiff Larry L. Walker            _____% (0-100%)

   Defendant Louisville Ladder, Inc.    _____% (0-100%)

   If you find Plaintiff Larry L. Walker to be 50% or more at fault, proceed to the end of the Verdict Form and have the Jury Foreperson sign and date the verdict form and submit it to the Court. A plaintiff 50% or more at fault is not entitled to recover damages. If you find that Plaintiff Larry L. Walker is less than 50% at fault, proceed to Question 4.

4. What amount of damages, if any, do you find were sustained by Plaintiff Larry L. Walker? (The plaintiffs have the burden of proof.)

    $_____

5. What amount of damages, if any, do you find were sustained by Plaintiff Cynthia Walker? (The plaintiffs have the burden of proof.)

    $_____

_____
Jury Foreperson

3/10/09
Date