# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

LARRY L. WALKER and wife
CYNTHIA WALKER

V.

LOUISVILLE LADDER, INC.

**JUDGMENT IN A CIVIL CASE**

Case Number: 3:07-CV-377

(Varlan/Shirley)

✓ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that the jury unanimously finds that the Plaintiffs, LARRY L. WALKER and wife CYNTHIA WALKER, are not entitled to recover any damages from the Defendant, LOUISVILLE LADDER, INC, and shall therefore take nothing from the defendant.

March 10, 2009   Patricia L. McNutt
Date             Clerk

s/Julie Norwood
(By) Deputy Clerk